UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____
                                            :
Krzysztof Darowski,                         :        Case No: 3:15-cv-00803 (MPS)
                                            :
    Plaintiff,                              :
v.                                          :
                                            :
Elzbieta Wojewoda,                          :
                                            :
    Defendant.                              :        November 14, 2016
_____:

### PLAINTIFF'S MOTION TO CORRECT SCRIVENER'S ERRORS

Pursuant to Local Rule of Civil Procedure 7, the plaintiff, Krzysztof Darowski, hereby moves the Court for permission to correct the following scrivener's errors in the Reply Memorandum in Support of Plaintiff's Motion for Joinder and Permission to File a First Amended Complaint and accompanying exhibits [Docs. 63 *et seq.*]:

    1.    The undersigned counsel inadvertently did not attach the excerpts of the defendant's interrogatory responses referenced as "Exhibit B" on pages 5-6 of the Reply Memorandum.  The plaintiff seeks to correct the error by attaching said excerpts as Exhibit B.

    2.    The inadvertent omission from the attachments of the "Exhibit B" referenced in the Reply Memorandum resulted in a miscollation of attachments and misnaming of the attachment containing excerpts from Marek Wojewoda's deposition transcript as "Exhibit B".  The plaintiff seeks to correct the error by renaming said attachment as "Exhibit C" and adding a reference to the corrected exhibit number on page 10 of the Reply Memorandum, where Mr. Wojewoda's testimony is discussed.

    3.    The corrected memorandum would also remove the following stray text

that follows the last sentence of Section III.B at the top of page 8: "a fore, the defendant has not shown that".

WHEREFORE, the plaintiff respectfully requests permission to correct these scrivener's errors in accordance with the attached Corrected Reply Memorandum in Support of Plaintiff's Motion for Joinder and Permission to File a First Amended Complaint and accompanying exhibits.

RESPECTFULLY SUBMITTED
THE PLAINTIFF, by

_/ s / Mariusz Kurzyna_
Mariusz Kurzyna ct28940
The Law Office of Mariusz Kurzyna
130 West Main Street, P.O. Box 3104
New Britain, Connecticut 06050
Tel. 860-357-6070
Fax 860-606-9560
mariusz@kurzynalaw.com

## CERTIFICATE OF SERVICE

This is to certify that on November 14, 2016, the foregoing document was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

_/ s / Mariusz Kurzyna_
Mariusz Kurzyna
